■ In the Matter of the Claim of ROSE SPERLING, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — What constitutes "good cause" within the meaning of subdivision 1 of section 593 of the Labor Law is a question of fact and thus within the province of the board if its findings are supported by substantial evidence (Labor Law, § 623; *Matter of Lipschitz* [*Lubin*], 7 A D 2d 777). On the present record we find no reason to disturb the board's determination. Decision unanimously affirmed, without costs. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.